263 So.2d 725

**STATE of Louisiana ex rel. William BIRTHA**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52595.

June 29, 1972.

Application denied; the Trial Court has ordered a hearing on this application fixed on July 7. The application before us is moot.

263 So.2d 725

**STATE of Louisiana ex rel. Lawrence SMITH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52594.

June 29, 1972.

Writ denied: This belated generalized contention that the jury verdict was not unanimous (not raised on the appeal, 259 La. 515, 250 So.2d 724, nor in the two earlier post-conviction applications to this Court, No. 50,196 (1969) and No. 50,940 (1970)) is disproved by the record in the original proceedings, No. 51,008.